**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 331 MAL 2022
                                 :
    Respondent               :
                                 :
                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court
    v.                       :
                                 :
                                 :
                                 :
DEMETRICE HERRON,                :
                                 :
    Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 332 MAL 2022
                                 :
    Cross-Petitioner         :
                                 :
                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court
    v.                       :
                                 :
                                 :
DEMETRICE HERRON,                :
                                 :
    Respondent               :
                                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.